**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUZ MARIA CRUZ,

              Plaintiff,              20 **CIVIL** 9882 (OTW)

      -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 24, 2023, Plaintiff's Motion for Judgment on the Pleadings is DENIED, the Commissioner's Motion for Judgment on the Pleadings is GRANTED, and the decision of the Commissioner of Social Security is affirmed without remand pursuant to 42 U.S.C. § 405(g).

**Dated:**  New York, New York
            February 24, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                               **Clerk of Court**

                             **BY:**      *K. Mango*

                                                               _____
                                                                **Deputy Clerk**